IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
NORTHEASTERN DIVISION

04 MAR -2 PH I: 55

U.S. ... ... .. ....
N.D. ... ... ... ...

LAWANDA MOSLEY,                        )
                                       )
        Plaintiff,                     )
                                       )
v.                                     )   CIVIL ACTION NO. 04-JEO-0007-NE
                                       )
EQUAL EMPLOYMENT OPPORTUNITY           )
COMMISSION,                            )
                                       )          ENTERED
        Defendant.                     )
                                          MAR  2  2004

**MEMORANDUM OF OPINION**

        The court has considered the entire file in this action together with the Magistrate Judge's

Report and Recommendation and the objections of the plaintiff and has reached an independent

conclusion that the Magistrate Judge's Report and Recommendation (doc. 11) is due to be adopted

and approved.  The court hereby adopts and approves the findings and recommendation of the

magistrate judge as the findings and conclusions of the court.  In accord with the recommendation,

the court finds that the complaint is due to be dismissed with prejudice.  An appropriate order will

be entered.

        **DONE**, this 2nd day of March, 2004.

ROBERT B. PROPST
SENIOR UNITED STATES DISTRICT JUDGE

16